Case: 1:24-mj-00370
Assigned To : Judge Zia M. Faruqui
Assign. Date : 11/27/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On November 25, 2024, at approximately 4:55 p.m., officers with the Metropolitan Police Department (MPD) were patrolling the Sixth District in a marked police vehicle around the 5000 block of H Street SE, in Washington, D.C. MPD officers noticed Defendant Jovan James, who was later identified by his District of Columbia Driver's License, standing on the public sidewalk in front of 5019 H Street SE, while smoking a lit, white, hand-rolled cigarette that appeared consistent with a marijuana cigarette. The officers exited their vehicles and as they approached Defendant James, they could smell the odor of burnt marijuana. The MPD officers explained to Defendant James that it was illegal to consume marijuana in a public space, and then placed Defendant James under arrest for the public consumption of marijuana. A field-test of the hand-rolled cigarette tested positive for THC, the active ingredient in marijuana.

During a search incident to Defendant James's arrest, MPD officers felt an object in Defendant James's front waistband that appeared to be consistent with the handle of a firearm. MPD officers lifted the bottom of Defendant James's shirt and observed a firearm tucked into his front waistband.

Defendant James was wearing a black cross-body bag slung across his torso. During a further search of Defendant James, MPD officers recovered the following from the cross-body bag: (1) a clear plastic bag containing 34 small zip lock bags with white/brown powder, each weighing approximately 3 grams, which field-tested positive for Fentanyl; (2) a clear plastic bag containing approximately 8 grams of brown powder that field-tested positive for Fentanyl; (3) a clear plastic bag containing approximately 12 grams of white/brown powder that field-tested positive for Fentanyl; (4) a large zip lock bag containing 98 smaller zip lock bags with apparent synthetic cannabinoid green plant material, collectively weighing approximately 44 grams, which field-tested positive for amphetamines; (5) a clear plastic bag containing approximately 27 grams of apparent synthetic cannabinoid green plant material that field-tested positive for amphetamines; (6) a clear plastic bag containing 163 blue pills stamped "M-30", which is consistent with the Schedule II narcotic Oxycodone; (7) a black latex bag containing four [4] small vials with an amber liquid that had an odor consistent with phencyclidine (PCP); and (8) $26 in U.S. currency.

The handgun recovered from Defendant James's person was a black Glock 23 .40 caliber handgun with an obliterated serial number. Inserted inside the handgun was a magazine capable of holding up to 15 rounds of ammunition. The handgun was loaded with one (1) round of .40 caliber ammunition in the chamber and 11 rounds of .40 caliber ammunition in the magazine.

Defendant James was previously convicted of First-Degree Murder While Armed in D.C. Superior Court case number 1997-FEL-000599. On February 24, 1998, he was sentenced to 30 years of incarceration to life. As a result, at the time he possessed the firearm Defendant James was aware that he had a prior conviction for a crime punishable by more than one year of imprisonment.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Based on the foregoing, your affiant submits that there is probable cause to believe that on or about November 25, 2024, Defendant Javon James violated 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm.

_____
Special Agent Dean P. Kezman
Bureau of Alcohol, Tobacco, Firearms and Explosives

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 27, 2024.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge